B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____EASTERN_____ District Of __OKLAHOMA__

In re __FREDDIE NELL BERMUDEZ__, Case No. __16-80168__

FILED at ____ O'clock & ____ min __M

SEP 25 2017

THERESE BUTHOD, CLERK
United States, Bankruptcy Cour
Eastern District of Oklahoma

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust | Fay Servicing, LLC as servicing agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 0375

Court Claim # (if known): 10-3
Amount of Claim: 80,418.99
Date Claim Filed: 11/29/16

Phone: _____
Last Four Digits of Acct. #: 0375

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                           Date: 9/20/17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

EASTERN District Of OKLAHOMA

In re FREDDIE NELL BERMUDEZ, Case No. 16-80168

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 10-3 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Fay Servicing, LLC as servicing agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee | US Bank Trust N.A., as trustee of Bungalow Series F Trust |
| Address of Alleged Transferor: | Address of Transferee: |
| Fay Servicing, LLC<br>Bankruptcy Department<br>939 W. North Avenue Suite 680<br>Chicago, Illinois 60642 | c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX  75038 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
888-738-5873
814-217-1366 Fax
www.bsifinancial.com

August 24, 2017

11

Sent via First Class Mail

FREDDIE N BERMUDEZ
2887 EDGE RD
KINGSTON, OK 73439

New Account Number: REDACTION
Old Account Num:

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, ("BSI Financial"), effective 08/17/2017. The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan.

Fay Servicing, LLC, your prior servicer, was collecting your payments. Fay Servicing, LLC, will not accept any payments received by you after the day preceding 08/17/2017.

As your new servicer, BSI Financial will start accepting payments received from you on or after 08/17/2017.

BSI Financial will collect your payments going forward. As your new servicer, BSI Financial will start accepting payments received from you on or 08/17/2017.

**Send all payments due on or after 08/17/2017 to BSI Financial at this address:**
BSI Financial Services
PO Box 679002
Dallas, TX 75267

If you have any questions for either your prior servicer, Fay Servicing, LLC, or your new servicer BSI Financial, about your mortgage loan or this transfer, please contact them using the information below:
Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page 1 of 10