IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
|    FREDDIE NELL BERMUDEZ ) | CASE NO. 16-80168 |
|    SSN:xxx-xx-2570 ) | CHAPTER 13 |
|    2887 EDGE ROAD ) | |
|    KINGSTON, OK 73439 ) | |
|             DEBTOR(S) ) | |

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

**COMES NOW** William Mark Bonney, Standing Chapter 13 Trustee and for his Objection to the Notice of Mortgage Payment Change filed by **U.S. Bank National Association**, on **July 9, 2018**, states:

1. U.S. Bank National Association has filed a Notice of Mortgage Payment change pursuant to Rule 3002.1(b).

2. The escrow payment increases from $306.17 to $459.16 due to an increase in homeowner's insurance from $3,227.00 to $3,663.00 and county tax from $447.00 to $462.59.

3. The disbursements are expected to increase $451.59 yearly, the Notice of Mortgage Payment Change request an increase of $1,835.88 yearly.

4. Accordingly, the Notice of Mortgage Payment Change filed by U.S. Bank National Association must be stricken.

**WHEREFORE**, William Mark Bonney, Standing Chapter 13 Trustee, requests the Court to Order the Notice of Mortgage Payment Change filed by **U.S. Bank National Association** on **July 9, 2018** be stricken.

Respectfully submitted

/s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
Fax: (918)683-3302
trustee@13trustee.com

## CERTIFICATE OF SERVICE

  I, William Mark Bonney, do hereby certify that on the 20th day of July, 2018, a true and correct copy of the above and foregoing document was served upon all necessary parties via the Court's ECF electronic filing system. Notice of this Objection was also served on the following party on July 20, 2018 via United States First Class Mail, postage fully-prepaid:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
c/o BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

LAMUN MOCK CUNNYNGHAM & DAVIS PC
5613 N CLASSEN BLVD
OKLAHOMA CITY, OK 73118

SHAPIRO & CEJDA, LLC
770 NE 63RD ST
OKLAHOMA CITY, OK 73105-6431

        /s/ William Mark Bonney
        William Mark Bonney, Trustee OBA #12221